JOSEPH J. HASPEL PLLC
Attorneys for Defendant
40 Matthews Street
Suite 201
Goshen, New York 10924
845-294-8950
Joseph J. Haspel (JJH-5753)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

GARY MERCURY and MARY MERCURY,

          Debtor.
-----------------------------------------------------------X

Chapter 11

Case No. 99-20783 (ASH)

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that South Liberty Realty Corp., creditor in the above captioned proceedings, hereby appeals to the United States District Court for the Southern District of New York from the Judgment of the United States Bankruptcy Court for the Southern District of New York (Hon. Adlai S. Hardin, Jr.) dated June 5, 2008 and entered June 10, 2008 which fixed the amount of South Liberty's claim against Gary and Mary Mercury. A copy of which is annexed hereto.

Dated: June 16, 2008

Respectfully Submitted,

s/
_____
Joseph J. Haspel, Esq.
Attorneys for Creditor/Appellant
40 Matthews Street
Suite 201
Goshen, New York 10924

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:  

    GARY and MARY MERCURY,

                      Debtors.

Docket No. 99-20783-ASH
Chapter 11

Assigned to:
Hon. Adlai S. Hardin

ORDER

-----------------------------------------------------------------x

GARY AND MARY MERCURY, the debtors herein, having brought this motion seeking to establish the amount of the claim of creditor South Liberty Realty Corporation for use in debtors' chapter 11 plan as $18,209.70 plus interest from February 22, 2007, and the attorney for debtors having appeared therein, and opposition having been heard, and due deliberation having been had, and upon the decision rendered from the bench on May 28, 2008,

    NOW, on the motion, it is:

    ORDERED, ADJUDGED AND DECREED that the amount of the claim of creditor South Liberty Realty Corporation shall be fixed as $18,209.70 plus interest from February 22, 2007.

Dated: White Plains, NY
        June 5, 2008

                                                /s/    Adlai S. Hardin, Jr.
                                                **United States Bankruptcy Judge**