Joseph J. Haspel, Esq. (JJH-5753)
Joseph J. Haspel, PLLC
40 Matthews Street
Suite 201
Goshen, New York 10924
845-294-8950

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

GARY MERCURY and MARY MERCURY,

Debtor.
------------------------------------------------------X

Chapter 11

Case No. 99-20783 (ASH)

### DESIGNATION OF RECORD ON APPEAL

1) Order signed on 6/5/2008, entered 6/10/08 (Doc. 372).

2) Transcript 5/28/2008 (Ordered)

3) Motion to fix claim of South Liberty Realty Corp. (Doc. 360)

4) Response of South Liberty Realty Corp. to motion (Doc. 368).

### STATEMENT OF ISSUES ON APPEAL

1) Whether the Court erred in determining that South Liberty's claim against Mary Mercury is not entitled to post-petition interest.

June 16, 2008

_____
Joseph J. Haspel, Esq. (JJH-5753)
Attorney for the Creditor Appellant
40 Matthews Street
Suite 201
Goshen, NY 10924
845-294-8950