UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
-----------------------------------------------------------x

In re:                                    CROSS DESIGNATION OF
                                          RECORD ON APPEAL AND
                                          OF ISSUES ON APPEAL

    GARY MERCURY and
    MARY MERCURY                  Chapter 11
                                          Case No: 99-20783

                                          Assigned To:
                      Debtors.   Judge Hardin

-----------------------------------------------------------x

## Designation of Record on Appeal
## of Appellee

The designation of the record on appeal is acceptable.

## Counter Statement of Issues on Appeal
## of Appellee

1. Did the Bankruptcy Judge properly determine that interest should begin to run in favor of South Liberty Realty Corp. from the date of the final judgment of the District Court?

Dated: June 23, 2008

                                            GARY AND MARY MERCURY

                                            by their attorney,

                                            _____

                                            Mark S. Swartz, Esq.
                                            20 Squadron Blvd., Ste. 101
                                            P.O. Box 825
                                            New City, NY  10956
                                            (845) 634-4673

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
----------------------------------------------------------x

In re:

        GARY MERCURY and
        MARY MERCURY

                              Debtors.

AFFIDAVIT OF SERVICE

Chapter 11
Case No: 99-20783

Assigned To:
Judge Hardin

----------------------------------------------------------x

STATE OF NEW YORK    )
COUNTY OF ROCKLAND  ) SS.

      I, Sophie A. Dolce, being sworn, say: I am not a party to the action, am over 18 years of age and reside at Valley Cottage, New York. On June 23, 2008, I served a copy of Cross Designation of Record on Appeal and of Issues on Appeal, in a post-paid envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to Joseph J. Haspel, Esq., 40 Matthews Street, Suite 107, Goshen, NY 10924.

                                                      /s/
                                            Sophie A. Dolce

Sworn to before me
on June 23, 2008

     /s/
Notary Public